# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.        5:23-mj-1278-PRL

**BRETT BALDWIN,**
    Defendant.

AUSA: Sarah Swartzberg
Deft. Atty: Joshua Woodard (AFD)

| JUDGE | Philip R. Lammens | DATE AND TIME | December 14, 2023<br>11:47 am – 12:00 pm<br>13 minutes |
|---|---|---|---|
| DEPUTY CLERK | M. Taylor | TAPE/REPORTER | DIGITAL |
| INTERPRETER | Not Required | PRETRIAL/PROBATION: | Megan Martin |

## CLERK'S MINUTES – INITIAL APPEARANCE ON A CRIMINAL COMPLAINT

Defendant advised of rights, charges, penalties, etc.

Defendant requests court-appointed counsel. Based on the financial affidavit completed by defendant and/or a financial inquiry, the Court appoints the Federal Defender with reimbursement upon filing by U.S. Attorney. **ORDER TO ENTER.**

Court advised the parties of the requirements of the Due Process Protections Act.

Defendant requests a Preliminary Hearing. The Preliminary Examination Hearing will be set by separate notice.

Government orally moves for detention.

Defendant requests to continue the Detention Hearing.

Court GRANTS defendant's request for a continuance and schedules the Detention Hearing for Friday, December 15, 2023 at 11:00 am. **ORDER OF TEMPORARY DETENTION TO ENTER.**

**FILED IN OPEN COURT**:
Financial Affidavit