# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.                                                                                5:23-mj-1278-PRL

**BRETT BALDWIN,**
    Defendant.

_____

## ORDER OF TEMPORARY DETENTION

A Detention Hearing for the above defendant is scheduled for the following:

| **Place:** United States Courthouse<br>207 N.W. Second Street<br>Ocala, Florida 34475 | **Courtroom No:** 1A |
|---|---|
| | **Date and Time:** December 15, 2023 at 11:00 am |

**IT IS ORDERED:** Pending this hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:    December 14, 2023

                                                                                 PHILIP R. LAMMENS
                                                                                 United States Magistrate Judge

Copies to:

Counsel of Record
United States Marshal
United States Pretrial Services