**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

**v.**                                                                           **5:23-mj-1278-PRL**

**BRETT BALDWIN,**
        **Defendant.**

AUSA: Sarah Swartzberg
Deft. Atty.: Joshua Woodard (AFD)

| JUDGE | Philip R. Lammens | DATE AND TIME | December 15, 2023 10:58 am – 11:00 am 2 minutes |
|---|---|---|---|
| DEPUTY CLERK | M. Taylor | TAPE/REPORTER | DIGITAL |
| INTERPRETER | Not Required | PRETRIAL/PROBATION: | Megan Martin |

**CLERK'S MINUTES – MISCELLANEOUS HEARING**

Hearing was set for a Detention hearing. (Docs. 11, 12, 13)

Government is prepared to go forward.

Defense counsel addresses the court advising that after further consultation with the defendant, the defendant waives his right to a detention hearing, reserving his rights to file a motion for bond at a later date.

Defendant is remanded to the custody of the U.S. Marshals.

**ORDER OF DETENTION TO ENTER**.