# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

Case No. 5:23-mj-1278-PRL

**v.**

**BRETT BALDWIN,**

    **Defendant.**
_____/

## NOTICE OF APPEARANCE AND
## SUBSTITUTION OF COUNSEL

The Office of the Federal Public Defender has been appointed by the Court to represent the Defendant, Brett Baldwin, in the above-styled cause.

The Clerk is requested to substitute Assistant Federal Defender, Joshua Woodard, and remove him as the notice counsel, and enter the appearance of Assistant Federal Defender, Christine N. Bird, as counsel for the Defendant.

DATED this 15th day of December, 2023.

                                         A Fitzgerald Hall, Esq.
                                         Federal Defender, MDFL

                                         *s/ Christine N. Bird*
                                         Christine N. Bird, Esq.

Florida Bar No. 0971642<br>
Assistant Federal Defender<br>
203 E. Silver Springs Blvd.<br>
Suite 202<br>
Ocala, FL 34470<br>
Telephone: 352-351-9157<br>
Fax: 352-351-9162<br>
E-Mail: Christine_bird@fd.org<br>
Attorney for defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Notice of Appearance and Substitution of Counsel* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, this the 15th day of December, 2023.

s/ <i>Christine N. Bird</i><br>
Assistant Federal Defender